# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Fulton,, Thomas H. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court | **3. Date of Report**<br><br>08/05/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge-Active | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
601 West Broadway, Suite 528
Louisville, KY 40202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERIPRISE FINANCIAL | | | | | | | | | |
| 2. First Eagle Global CL A | A | Dividend | J | T | | | | | |
| 3. Hilliard Lyons Trust Account | | | | | | | | | |
| 4. Abbvie Inc | A | Dividend | J | T | | | | | |
| 5. Allergan PlC cap stk | A | Dividend | K | T | | | | | |
| 6. Alphabet | A | Dividend | K | T | | | | | |
| 7. Berkshire Hathaway | A | Dividend | K | T | | | | | |
| 8. Cisco | A | Dividend | K | T | | | | | |
| 9. Disney Walt | A | Dividend | K | T | | | | | |
| 10. Exxon Mobile | A | Dividend | J | T | | | | | |
| 11. Pepsico | A | Dividend | K | T | | | | | |
| 12. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 13. Walgreens Co. | A | Dividend | | | Sold | 05/13/19 | K | D | |
| 14. Goldmans Sach Financial Square Federal Fund | A | Int./Div. | K | T | Buy (add'l) | 06/30/19 | J | | |
| 15. Johnson & Johnson Co. | A | Dividend | K | T | | | | | |
| 16. TJX Companies | A | Dividend | K | T | | | | | |
| 17. Harley Davidson Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fulton,, Thomas H.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Miscrosoft Corp | A | Dividend | L | T | | | | | |
| 19. Home Depot | A | Dividend | K | T | | | | | |
| 20. Chevron Corp | A | Dividend | K | T | | | | | |
| 21. CVS Caremark Corp | A | Dividend | | | Sold | 9/23/19 | K | D | |
| 22. US Bancorp Del Com | A | Dividend | J | T | | | | | |
| 23. Ishare TR S&P 400 Value | A | Dividend | J | T | | | | | |
| 24. VanGuard Index Small Cap ETF | A | Dividend | J | T | | | | | |
| 25. JP Morgan Chase | A | Dividend | K | T | | | | | |
| 26. Expediors Intl | A | Dividend | K | T | | | | | |
| 27. International Business Machs Corp | A | Dividend | | | Sold | 05/13/19 | J | B | |
| 28. Artisan International | A | Dividend | K | T | | | | | |
| 29. Dodge & Cox International Stock | A | Dividend | K | T | | | | | |
| 30. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 31. Apple, Inc. | A | Dividend | K | T | | | | | |
| 32. Fastenal Co Com | A | Dividend | K | T | | | | | |
| 33. Northern Tr Corp Com | A | Dividend | J | T | | | | | |
| 34. Wells Fargo & Co. New Com | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wells Fargo Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |
| 36. Carmax Inc. | A | Dividend | K | T | Buy | 05/13/19 | K | | |
| 37. Bank of America Corp | A | Dividend | J | T | Buy | 09/23/19 | J | | |
| 38. TE Connectivity LTD | A | Dividend | K | T | Buy | 11/13/19 | K | | |
| 39. BAIRD FORMERY HILLIARD LYONS BROKERAGE ACCT #1 | | | | | | | | | |
| 40. Hilliard Lyons Govt. Fund | A | Dividend | M | T | | | | | |
| 41. Bar Harbor Bankshares | A | Dividend | J | T | | | | | |
| 42. Connecticut WTR Svc, Inc | A | Dividend | | | Sold | 10/10/19 | J | A | |
| 43. Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 44. Walt Disney Stock | A | Dividend | L | T | | | | | |
| 45. Home Depot Stock | A | Dividend | L | T | | | | | |
| 46. International Paper | A | Dividend | K | T | | | | | |
| 47. Kimberely-Clark Corp Stock | A | Dividend | K | T | | | | | |
| 48. Microsoft | A | Dividend | L | T | | | | | |
| 49. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 50. Colgate-Palmolive Co. | A | Dividend | K | T | | | | | |
| 51. Comcast Corp Class A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fulton,, Thomas H.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Corning, Inc. | A | Dividend | J | T | | | | | |
| 53. | Janus Cap Group | A | Dividend | J | T | | | | | |
| 54. | Motorcar parts of America | A | Dividend | K | T | Buy<br>(add'l) | 07/01/19 | J | | |
| 55. | | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 56. | Summer Infant | A | Dividend | | | Sold | 12/12/19 | J | A | |
| 57. | O Reily Automotive, Inc. | A | Dividend | J | T | | | | | |
| 58. | Zoetis, Inc. | A | Dividend | J | T | | | | | |
| 59. | Core Molding Tech Inc | A | Dividend | J | T | | | | | |
| 60. | Avanos Med Inc formerly known as<br>(Hallyard Health Inc) | A | Dividend | J | T | | | | | |
| 61. | Veritiv Corp | A | Dividend | J | T | | | | | |
| 62. | Hennessy Advisors Inc | A | Dividend | J | T | | | | | |
| 63. | Napco Security | A | Dividend | J | T | | | | | |
| 64. | Middleby Corp | A | Dividend | J | T | Buy<br>(add'l) | 04/02/19 | J | | |
| 65. | Big Lots Inc | A | Dividend | J | T | | | | | |
| 66. | Stifel Financial Corp | A | Dividend | K | T | | | | | |
| 67. | Ultralife Corporation | A | Dividend | K | T | | | | | |
| 68. | Tenn Valley Auth Electronotes Callable | A | Int./Div. | | | Redeemed | 11/15/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Allied Motion Technologies | A | Dividend | K | T | Buy | 04/02/19 | K | | |
| 70. First United Corp Maryland | A | Dividend | K | T | Buy | 11/22/19 | K | | |
| 71. BAIRD FORMEY HILLIARD LYONS BROKERAGE ACCT #2 | | | | | | | | | |
| 72. Walmart | A | Dividend | J | T | | | | | |
| 73. Lincoln Natil life Ins American Legacy III Var. Annuity- growth Inc. | A | Dividend | | | Merged (with line 74) | 11/01/19 | J | | |
| 74. Lincoln Natil life Ins American Legacy III Var. Annuity- Growth | A | Dividend | L | T | | | | | |
| 75. Hilliard Lyons Govt Fund | A | Dividend | | | Sold | 11/01/19 | J | A | |
| 76. FDIC INSURED DEPOSIT BANK | A | Interest | J | T | Buy | 11/01/19 | J | | |
| 77. DowDupont inc | A | Dividend | J | T | | | | | |
| 78. QualComm, Inc. | A | Dividend | K | T | | | | | |
| 79. Oracle Corp | A | Dividend | K | T | | | | | |
| 80. Pfizer, Inc | A | Dividend | J | T | | | | | |
| 81. Janus Henderson Group PLC | A | Dividend | J | T | | | | | |
| 82. Motorcar Parts of America | A | Dividend | K | T | | | | | |
| 83. Stifel Financial Corp | A | Dividend | J | T | | | | | |
| 84. Summer Infant Inc. | A | Dividend | J | T | | | | | |
| 85. Zoetis, Inc. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fulton,, Thomas H.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Hingham Institue for Svg | A | Dividend | J | T | | | | | |
| 87. Core Molding Tech, Inc | A | Dividend | J | T | | | | | |
| 88. Hennessy Advisors inc | A | Dividend | J | T | | | | | |
| 89. Napco Security | A | Dividend | J | T | | | | | |
| 90. Big Lots Inc. | A | Dividend | J | T | | | | | |
| 91. Middleby Corp | A | Dividend | J | T | | | | | |
| 92. Allied Motion Tech Inc | A | Dividend | J | T | Buy | 04/01/19 | J | | |
| 93. Corteva inc | A | Dividend | J | T | Buy | 04/01/19 | J | | |
| 94. Ultralife Corp | A | Dividend | J | T | Buy | 04/01/19 | J | | |
| 95. Dupont De Nemours inc | A | Dividend | J | T | Buy | 03/01/19 | J | | |
| 96. Wells Fargo (formerly Wachovia Securities) Brokerage Acct #1 | | | | | | | | | |
| 97. Invesco TR Water Res (formerly Powershares Water Resources) | A | Dividend | J | T | | | | | |
| 98. Wachovia Bank Deposit Sweep Option | A | Dividend | J | T | | | | | |
| 99. AAM Emerging Markets Div Portfolio Series 18-2q | A | Dividend | | | Redeemed | 09/18/19 | K | A | |
| 100. First Trust Dow Target 10 Feb 18 | C | Interest | | | Redeemed | 03/12/19 | M | A | |
| 101. Guggenheim Dow Jones Value Divided Focus Port Ser 33 | A | Dividend | | | Sold | 09/19/19 | K | B | |
| 102. Owens Corning Inc | A | Dividend | | | Sold | 08/01/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Firts Trust Dow Target 10 Mar 19 | A | Interest | M | T | Buy | 03/11/19 | M | | |
| 104.  Dell Technologies Inc | A | Dividend | K | T | Buy | 08/01/19 | K | | |
| 105.  Guggenheim Dividend Strength Portfolio series 35 | A | Dividend | K | T | Buy | 09/17/19 | K | | |
| 106.  First Trust emerging Markets Strength port series 45c | A | Dividend | K | T | Buy | 09/16/19 | K | | |
| 107.  WELLS FARGO (FORMELRY WACHOVIA SECURITES) ACCT #3 | | | | | | | | | |
| 108.  Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 109.  Monmouth Real Estate Reit | A | Dividend | K | T | | | | | |
| 110.  UMH Properties, Inc. | A | Dividend | J | T | | | | | |
| 111.  Aberdeen Global Dynamic formerly known as (Alpine Global Dynamic) | A | Dividend | J | T | | | | | |
| 112.  Medtronic, Inc. | A | Dividend | K | T | | | | | |
| 113.  Merk & Co. Inc. | A | Dividend | K | T | | | | | |
| 114.  Exxon Mobile | A | Dividend | J | T | | | | | |
| 115.  First Trust Dow Target DVD 1q 18 C | A | Interest | K | T | | | | | |
| 116.  DowDupont Inc | A | Dividend | J | T | | | | | |
| 117.  IShares ETF Global Infrastructure | A | Dividend | J | T | | | | | |
| 118.  Boeing Co | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. WELLS FARGO (FORMERLY WACHOVIA SECURITIES) BROKERAGE ACCT #4 | | | | | | | | | |
| 120. Gilat Satellite Networks | A | Dividend | J | T | | | | | |
| 121. Pfizer Incorporated | B | Dividend | K | T | | | | | |
| 122. Tetra Tech, Inc. | A | Dividend | K | T | | | | | |
| 123. Verizon Communications | B | Dividend | K | T | | | | | |
| 124. IRA Bank Deposit Sweep | A | Interest | L | T | | | | | |
| 125. Frontier Communications, Corp | A | Dividend | J | T | | | | | |
| 126. Chevron | A | Dividend | K | T | | | | | |
| 127. Apple, Inc. | A | Dividend | L | T | | | | | |
| 128. First Trust Financial Select Port Series 62 | A | Int./Div. | | | Redeemed | 12/03/19 | K | B | |
| 129. Coca-Cola Company | A | Dividend | L | T | | | | | |
| 130. Exxon Mobile Corp | A | Dividend | J | T | | | | | |
| 131. International Business Machine Corp | A | Dividend | K | T | | | | | |
| 132. First Trust Dow Target DVD 1q 18 | C | Interest | | | Redeemed | 04/11/19 | M | B | |
| 133. Cisco Systems, Inc. | A | Dividend | K | T | | | | | |
| 134. Proctor & Gamble Co. | A | Dividend | | | Sold | 11/15/19 | J | C | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 135. Amazon Com Inc. | B | Dividend | K | T | | | | | |
| 136. Merk & Co. Inc. | B | Dividend | | | Sold | 11/15/19 | L | D | |
| 137. Outfront Media | A | Dividend | | | Sold | 05/07/19 | J | B | |
| 138. Starbucks Corp | A | Dividend | K | T | | | | | |
| 139. T-mobile Us Inc. | A | Dividend | K | T | | | | | |
| 140. US Foods Holding Corp | A | Dividend | | | Sold | 05/07/19 | K | C | |
| 141. Macquarie Infrastructure Corporation | A | Dividend | J | T | | | | | |
| 142. US Concrete Inc New | A | Dividend | J | T | | | | | |
| 143. Zayo GRP Holdings Inc | A | Dividend | J | T | | | | | |
| 144. AT & T Inc | A | Dividend | K | T | | | | | |
| 145. Salesforce.com | A | Dividend | K | T | | | | | |
| 146. Philip Morris International Inc | A | Dividend | K | T | | | | | |
| 147. Berkshire Hathaway Inc Series B | A | Dividend | K | T | | | | | |
| 148. Paypal Holdings Inc | A | Dividend | J | T | | | | | |
| 149. Guggenheim Blue Chip Growht Portfolio Series 20 | A | Dividend | K | T | | | | | |
| 150. First Trust Dow Target DVD 2Q 19 | A | Dividend | M | T | Buy | 04/10/19 | M | | |
| 151. Fedex Corp | A | Dividend | L | T | Buy | 05/07/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Buy (add'l) | 09/24/19 | K | | |
| 153. Dow Inc | A | Dividend | K | T | Buy | 11/15/19 | K | | |
| 154. 3m Co. | A | Dividend | K | T | Buy | 11/15/19 | K | | |
| 155. Walgreens Boots Alliance Inc | A | Dividend | K | T | Buy | 11/15/19 | K | | |
| 156. First Trust Financials Select Port | A | Dividend | K | T | Buy | 11/29/19 | K | | |
| 157. WELLS FARGO (FORMERLY WACHOVIA SECURITIES) BROKERAGE ACCT #5 | | | | | | | | | |
| 158. Bank Deposit Sweep | A | Dividend | K | T | | | | | |
| 159. Monmouth Real Estate | B | Dividend | K | T | | | | | |
| 160. UMH Properties, Inc. | A | Dividend | K | T | | | | | |
| 161. Verizon Communications | A | Dividend | J | T | | | | | |
| 162. First Trust Interest Rete hedge Portfolio Ser 110 | A | Dividend | L | T | | | | | |
| 163. First Trust Energy Opportunity Portfolio Serise 2 cash | B | Dividend | K | T | | | | | |
| 164. First Trust Dow Target 10 Jan 18 | B | Dividend | K | T | | | | | |
| 165. Guggenheim Dow Jones Value Divided Focus Portfolio ser 32 C | B | Dividend | K | T | | | | | |
| 166. First Trust Diversified Equity Strat Allc. port 3q'18R | D | Dividend | M | T | | | | | |
| 167. First Trust US Infrastructure Portfolio Series 13 Cash | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. Guggenheim Health Care Portfolio Series 25 cash | B | Dividend | K | T | | | | | |
| 169. Guggenheim Technology Portfolio Ser 24 cash | B | Dividend | L | T | | | | | |
| 170. Guggenheim Blue Chip Growth Portfolio Series 20 Cash | C | Dividend | L | T | | | | | |
| 171. Regulus Advisors (formerly PRO CASH PLUS #1) | | | | | | | | | |
| 172. Federated Capital Reserves | A | Dividend | K | T | | | | | |
| 173. MFS Municipal Income Fund | A | Dividend | K | T | | | | | |
| 174. Vanguard Whitehall FDS High Divident | B | Dividend | K | T | | | | | |
| 175. Wisdom Tree TR Div. Ex. Financials | B | Dividend | K | T | | | | | |
| 176. Altria Group Inc Com | B | Dividend | K | T | | | | | |
| 177. AT&T Inc. | A | Dividend | K | T | | | | | |
| 178. Select Spdr TR | A | Dividend | K | T | | | | | |
| 179. Procter & Gamble Co. | A | Dividend | K | T | | | | | |
| 180. Verizon Communications | B | Dividend | K | T | | | | | |
| 181. Tax Exempt Bond Fund of America Class A | B | Dividend | L | T | | | | | |
| 182. American Short Term Tax-Exempt Bond Fund | A | Dividend | L | T | | | | | |
| 183. PNC Finl Svcs Group Inc Ser Q Non Cum | A | Dividend | K | T | | | | | |
| 184. Exelon Corp Com | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 185. Select Sector SPDR TR Health Care | A | Dividend | J | T | | | | | |
| 186. Smart TR Healthcare Innovations TR Ser 6 Unit | A | Dividend | J | T | | | | | |
| 187. Constellation Brands Inc | A | Dividend | K | T | | | | | |
| 188. CVS Health Corp | A | Dividend | K | T | Buy | 09/18/19 | K | | |
| 189. Regulus Advisors (fromerly PRO CASH #2) | | | | | | | | | |
| 190. Ventas, Inc. | B | Dividend | K | T | | | | | |
| 191. Comcast Corp | A | Dividend | K | T | | | | | |
| 192. Exxon Mobile Corp | A | Dividend | K | T | | | | | |
| 193. General Electric Co. | A | Dividend | K | T | | | | | |
| 194. Seadrill limted Shs. | A | Dividend | J | T | | | | | |
| 195. 3d Sys Corp | A | Dividend | J | T | | | | | |
| 196. Westport Fuel Systems Inc (formerly Westport Innovations, Inc.) | A | Dividend | J | T | | | | | |
| 197. Pershing Govt. Acct | A | Interest | J | T | | | | | |
| 198. Fireye Inc Com | A | Dividend | J | T | | | | | |
| 199. Boeing Co | A | Dividend | K | T | | | | | |
| 200. Select Sectro Spdr TR Technology | B | Dividend | K | T | | | | | |
| 201. ROBO Global Robotics and Automation Index ETF | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 202.  AT&T | A | Dividend | K | T | | | | | |
| 203.  American Funds U.S. Government Money Market Fund | D | Dividend | M | T | Sold (part) | 08/26/19 | M | C | |
| 204.  Walmart Inc | B | Dividend | L | T | | | | | |
| 205.  Washington Mutual Investors Fund Class A | C | Dividend | M | T | | | | | |
| 206.  Berkshire Hathaway Inc | A | Dividend | K | T | | | | | |
| 207.  Select Sector SPDR TR UTILS | B | Dividend | K | T | | | | | |
| 208.  Alexander Investment Services -1 | | | | | | | | | |
| 209.  Insured Deposit Account | A | Dividend | J | T | | | | | |
| 210.  First Trust WTR ETF | A | Dividend | J | T | | | | | |
| 211.  Global X rbtcs artfl inte ETF | A | Dividend | J | T | | | | | |
| 212.  Vanguard Short Term Treas ETF | A | Dividend | | | Sold | 10/07/19 | J | B | |
| 213.  Franklin Rising Dividends | A | Dividend | K | T | | | | | |
| 214.  Pimco Fds Income Instl | B | Dividend | K | T | | | | | |
| 215.  Vanguard Wellington Admiral | A | Dividend | K | T | | | | | |
| 216.  3m Co | A | Dividend | J | T | | | | | |
| 217.  Abbot Labs | A | Dividend | J | T | | | | | |
| 218.  Abbvie Inc | A | Dividend | | | Sold | 08/09/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fulton,, Thomas H.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 219. Aqua America inc | A | Dividend | J | T | | | | | |
| 220. Boeing Co | A | Dividend | K | T | | | | | |
| 221. Chevron Corp | A | Dividend | J | T | | | | | |
| 222. Coca Cola Co | A | Dividend | J | T | | | | | |
| 223. Cummins Inc | A | Dividend | J | T | | | | | |
| 224. Home Depot | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 225. International Paper Co | A | Dividend | J | T | | | | | |
| 226. Intl Business Machines | A | Dividend | J | T | | | | | |
| 227. Kraft Heinz Co | A | Dividend | | | Sold | 08/09/19 | J | A | |
| 228. Nvidia Corp | A | Dividend | J | T | | | | | |
| 229. Procter Gamble Co | A | Dividend | K | T | | | | | |
| 230. Salesforce.com Inc | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 231. Ventas Inc | A | Dividend | J | T | | | | | |
| 232. RBS Ctzns NA Providence RI CD | A | Interest | | | Sold | 03/01/19 | J | B | |
| 233. BB&T Corporation | A | Dividend | | | Sold | 10/07/19 | J | B | |
| 234. Ishares Short Treas BD ETF | A | Dividend | K | T | Sold<br>(part) | 10/07/19 | J | A | |
| 235. Vanguard Div App ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fulton,, Thomas H. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 236.   Zoetis Inc | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 237.   Chipolte Mexican Grill | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 238.   Adobe Inc | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 239.   Workday Inc | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 240.   Vmware Inc | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 241.   Alexander Investment Services - 2 | | | | | | | | | |
| 242.   Insured Deposit Account | A | Dividend | J | T | | | | | |
| 243.   Fidelity Advisor New Insights A | A | Dividend | J | T | | | | | |
| 244.   Franklin Rising Dividends A | A | Dividend | J | T | | | | | |
| 245.   Ivy Balanced I | A | Dividend | J | T | | | | | |
| 246.   Mutual Fund Ser Tr Eventide Gilead A | A | Dividend | J | T | | | | | |
| 247.   Ishares Short Treas BD ETF | A | Dividend | J | T | | | | | |
| 248.   Alexander Investments Services #3 | | | | | | | | | |
| 249.   Insured deposit account | A | Interest | J | T | Buy | 01/01/19 | J | | |
| 250.   Ishares Trust Short Treas BD | A | Dividend | M | T | Buy | 01/01/19 | M | | |
| 251.   Vanguard Div App | A | Dividend | L | T | Buy | 01/01/19 | L | | |
| 252.   Franklin Rising Dividends | A | Dividend | K | T | Buy | 01/01/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fulton,, Thomas H.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 253.  Exxon Mobil Corp | A | Dividend | J | T | Buy | 01/01/19 | J | | |
| 254.  Johnson & Johnson | A | Dividend | J | T | Buy | 01/01/19 | J | | |
| 255.  Microsoft Corp | A | Dividend | K | T | Buy | 01/01/19 | K | | |
| 256. | | | | | | | | | |
| 257. | | | | | | | | | |
| 258. | | | | | | | | | |
| 259. | | | | | | | | | |
| 260. | | | | | | | | | |
| 261. | | | | | | | | | |
| 262. | | | | | | | | | |
| 263. | | | | | | | | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |
| 267. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Fulton,, Thomas H.** | 08/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas H. Fulton,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544